UNITED STATES DISTRICT COURT
WESTERN DIVISION OF LOUISIANA
MONROE DIVISION

**MARK DAVID CLOUD**  CIVIL ACTION NO.:_____
**and PATTI BRANDT CLOUD**

VS.  JUDGE DOUGHTY

**MIKE STONE, LINCOLN PARISH SHERIFF**  MAGISTRATE JUDGE HAYES
**IN HIS OFFICIAL CAPACITY, JOHN BELTON,**
**LINCOLN PARISH DISTRICT ATTORNEY**
**IN HIS OFFICIAL CAPACITY AND**
**KYLE ELLIOTT LUKER**

## COMPLAINT FOR DAMAGES

The complaint of Mark David Cloud and his wife, Patti Brandt Cloud, is as follows:

1. This court has jurisdiction in accordance with 28 U.S.C. §1331, 28 U.S.C. §1332, and 42 U.S.C. §1983. Venue is proper in this district.

2. Plaintiffs are citizens and residents of the State of Tennessee.

3. Defendants are Mike Stone, Lincoln Parish Sheriff in his official capacity, John Belton, Lincoln Parish District Attorney in his official capacity, and sheriff's deputy Kyle E Luker. They are citizens and residents of the State of Louisiana.

4. The amount in controversy exceeds $75,000.

5. As a result of excessive force used by Deputy Kyle Luker, Joshua Cloud, plaintiffs' son, was killed on August 29, 2017 in Lincoln Parish.

6. Joshua Cloud was a citizen of the United States and entitled to due process of law, a right guaranteed by the Constitution of the United States.

7. Kyle Luker is a deputy sheriff in Lincoln Parish.

8. The sheriff is responsible for his deputies and responsible to assure the public that his deputies are properly trained in the use of force so they do not apply deadly force to citizens stopped for speeding.

9. At the time he killed Joshua Cloud, Deputy Kyle Luker was working on a special project for the Lincoln Parish District Attorney, John Belton. He was in the course and scope of his job when he killed Joshua Cloud.

10. This is a survival action in accordance with La. C.C. art. 2315.1. Plaintiffs are the surviving father and mother of the deceased who had no spouse or children.

11. This is a wrongful death action in accordance with La. C.C. art. 2315.2. Plaintiffs are the surviving father and mother of the deceased who had no spouse or children.

**WHEREFORE PLAINTIFFS PRAY** for trial by jury and for damages suffered by their son at the hands of Deputy Kyle Luker , wrongful death damages, costs and attorney fees in accordance with 42 U.S.C. §1988, and for such other relief as to which they prove themselves justly entitled.

Respectfully submitted,

*[signature]*

James A. Rountree, 11491
Rountree Law Offices
400 Hudson Lane
Monroe, Louisiana 71201
Telephone: (318) 398-2737
Facsimile: (318) 398-2738

Y:\5892.000 Cloud\pleadings\complaint.wpd