UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARK DAVID CLOUD AND PATTI BRANDT CLOUD** | **CIVIL ACTION NO. 18-1070** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MIKE STONE, LINCOLN PARISH SHERIFF IN HIS OFFICIAL CAPACITY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and for those additional reasons set forth in the Court's Ruling,

**IT IS ORDERED** that the motions to dismiss for failure to state a claim upon which relief can be granted [Doc. Nos. 11 & 20], and associated request for fees [Doc. No. 11], filed by Defendant John Belton, Lincoln Parish District Attorney, in his official capacity, are **DENIED**.

MONROE, LOUSIANA, this 16th day of January, 2019.

                                                                 TERRY A. DOUGHTY
                                                UNITED STATES DISTRICT JUDGE